1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY  (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 11-71126 MAG
14                                     )
           Plaintiff,                  )
15                                     )   STIPULATION AND [PROPOSED]
        v.                             )   ORDER EXCLUDING TIME FROM
16                                     )   NOVEMBER 17, 2011 TO DECEMBER 2,
   STEVEN GARY HANSEN,                 )   2011 UNDER RULE 5.1 AND FROM
17                                     )   CALCULATIONS UNDER THE SPEEDY
           Defendant.                  )   TRIAL ACT
18                                     )
   _____ )
19

20

21       The defendant, Steven Gary Hansen, represented by Paul De Meester, and the

22 government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the

23 Honorable Joseph C. Spero on November 17, 2011, for a preliminary hearing and status

24 conference.  The parties asked that the matter be continued to December 2, 2011 for a

25 preliminary hearing or indictment.  The defendant agreed to exclude time under the Federal Rule

26 of Criminal Procedure 5.1 to hold a preliminary hearing, and under 18 U.S.C. § 3161, the Speedy

27 Trial Act.  The Court ordered the matter be continued to December 2, 2011 for a preliminary

28 hearing or indictment.

   STIPULATION AND [PROPOSED] ORDER
   CR 11-71126 MAG

1   The defendant agreed that good cause exists for excluding time under Rule 5.1 for a
2   preliminary hearing between November 17, 2011 and December 2, 2011.  The defendant also
3   agreed that an exclusion of time is appropriate under the Speedy Trial Act between November
4   17, 2011 and December 2, 2011 for purposes of continuity of counsel and effective preparation
5   of counsel, in order to provide defense counsel with adequate time to review the discovery,
6   conduct an investigation, and consult with the defendant.  In addition, the defendant agrees to
7   exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties
8   represent that granting the continuance, in order to provide defense counsel with adequate time to
9   review the discovery, conduct additional investigation, and consult with the defendant, is
10  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
11  § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a
12  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
13  U.S.C. § 3161(h)(7)(A).

15  SO STIPULATED:

17                                          MELINDA HAAG
                                            United States Attorney

19  DATED: November 28, 2011               /S/
                                            CYNTHIA M. FREY
20                                          Assistant United States Attorney

22  DATED: November 28, 2011               /S/
                                            PAUL DE MEESTER
23                                          Attorney for STEVEN GARY HANSEN

STIPULATION AND [PROPOSED] ORDER
CR 11-71126 MAG                            -2-

1    Based upon the representation of counsel and for good cause shown, the Court also finds
2 that good cause exists, taking into account the public interest in the prompt disposition of
3 criminal cases, for excluding time under Rule 5.1 for a preliminary hearing between November
4 17, 2011 and December 2, 2011.  The Court finds that failing to exclude the time between
5 November 17, 2011 and December 2, 2011 would unreasonably deny the defendant and counsel
6 the reasonable time necessary for effective preparation, taking into account the exercise of due
7 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served
8 by excluding the time between November 17, 2011 and December 2, 2011 from computation
9 under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy
10 trial.
11    Therefore, IT IS HEREBY ORDERED that time is appropriately excluded under Rule
12 5.1 between November 17, 2011 and December 2, 2011 within which to hold a preliminary
13 hearing and the time between November 17, 2011 and December 2, 2011 shall be excluded from
14 computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

17   DATED: _11/29/11_____           _____
                                              HONORABLE JOSEPH C. SPERO
18                                            United States Magistrate Judge



STIPULATION AND [~~PROPOSED~~] ORDER
CR 11-71126 MAG                                     -3-